IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER BERRY THOMAS                         PLAINTIFF

v.                          No. 4:17-cv-497-DPM

SOUTHERN BANCORP BANK                            DEFENDANT

## ORDER

The Court notes the complaint, № 1. Unless the Court has missed
something, the amount in controversy is uncertain. Please file an amended
complaint that clarifies subject matter jurisdiction, 28 U.S.C. § 1332(a), by
25 August 2017.

So Ordered.

_D.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_15 August 2017_