# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CHRISTOPHER BERRY THOMAS                      PLAINTIFF

v.                    No. 4:17-cv-497-DPM

SOUTHERN BANCORP BANK                       DEFENDANT

## JUDGMENT

Thomas's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2019